## 58676. HOME INSURANCE COMPANY et al. v. OWENS.

QUILLIAN, Presiding Judge.
Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED
JANUARY 11, 1980.

*James T. McDonald, Jr., Robert R. Potter,* for appellants.
*John W. Denney,* for appellee.